UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Victoria Young,<br><br>            Plaintiff,<br>v.<br><br>IC Systems, Inc.; and DOES 1-10, inclusive,<br><br>           Defendants. | Civil Action No.: 1:10-cv-10621-GAO |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Plaintiff, Victoria Young, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 23, 2010

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg, Esq.
BBO No.: 650671
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg, Esq.